# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SIMMS, GINA L. | U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND | 02/23/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE (FT) | ☐ Nomination   Date<br>☑ Initial   ☐ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>01/31/2018 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND
U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MD 20770

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PARTNER (NON-EQUITY INCOME PARTNER) | OBER, KALER, GRIMES & SHRIVER, LLP |
| 2. | SHAREHOLDER (NON-EQUITY INCOME) | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2017 | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ (Self-Directed 401(k)) |
| 2. | 2012 | OBER, KALER, GRIMES & SHRIVER, LLP (Retirement Plam) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMMS, GINA L. | 02/23/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | OBER, KALER, GRIMES & SHRIVER, LLP | $234,455.00 |
| 2. 2016 | OBER, KALER, GRIMES & SHRIVER, LLP | $242,594.00 |
| 3. 2017 | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ | $210,960.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | ▨ (SALARY) |
| 2. 2017 | ▨ (SALARY) |
| 3. 2018 | ▨ (SALARY) |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMMS, GINA L. | 02/23/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SUNTRUST BANK | PERSONAL LOAN | K |
| 2. | NAVIENT | COLLEGE LOAN | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMMS, GINA L. | 02/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JUSTICE FEDERAL CREDIT UNION (cash) | A | Int./Div. | K | T | Exempt | | | | |
| 2. BANK OF AMERICA (cash) | A | Interest | J | T | | | | | |
| 3. SUNTRUST BANK (cash) | A | Interest | | | | | | | |
| 4. CAPITAL ONE BANK (cash) | A | Interest | J | T | | | | | |
| 5. PNC BANK (cash) | A | Interest | K | T | | | | | |
| 6. WELLS FARGO BANK (cash) | A | Interest | J | T | | | | | |
| 7. NEW YORK LIFE (whole life policy) | A | Int./Div. | K | T | | | | | |
| 8. US TREASURY DIRECT SERIES EE SAVINGS BOND | | None | J | T | | | | | |
| 9. US TREASURY DIRECT SERIES I SAVINGS BOND | | None | K | T | | | | | |
| 10. AMERICAN FUNDS, NEW PERSPECTIVE FUND A (ANWPX) | A | Dividend | J | T | | | | | |
| 11. THE WALT DISNEY COMPANY | B | Dividend | L | T | | | | | |
| 12. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 13. KRAFT HEINZ CO COM (KHC) | A | Dividend | J | T | | | | | |
| 14. MONDELEZ INTL INC COM (MDLZ) | A | Dividend | J | T | | | | | |
| 15. PROCTOR & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 16. TARGET CORP (TGT) | A | Dividend | J | T | | | | | |
| 17. VALERO ENERGY CORP (VLO) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMMS, GINA L. | 02/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WALMART STORES INC (WMT) | A | Dividend | J | T | | | | | |
| 19. RETIREMENT PLAN #1 (H) | | | | | | | | | |
| 20. GOLDMAN SACHS MID CAP VALUE INST | A | Dividend | | | | | | | |
| 21. HARTFORD SMALL COMPANY HLS IB INST | A | Dividend | | | | | | | |
| 22. IVY MID CAP GROWTH Y | A | Dividend | | | | | | | |
| 23. JOHN HANCOCK DISCIPLINED VALUE I | A | Dividend | | | | | | | |
| 24. MAINSTAY LARGE CAP GROWTH RI | A | Dividend | | | | | | | |
| 25. WELLS FARGO SMALL CAP VALUE A | A | Dividend | | | | | | | |
| 26. AMERICAN FUNDS EUROPACIFIC GROWTH A | A | Dividend | | | | | | | |
| 27. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 28. AMERIPRISE INSURED MONEY MARKET (cash) | A | Interest | J | T | | | | | |
| 29. ALLIANZGI ULTRA MICRO CAP CL P (AAUPX) | A | Dividend | | | | | | | |
| 30. EATON VANCE ATLANTA CAP SMID CAP CL I (EISMX) | A | Dividend | J | T | | | | | |
| 31. IVY SCIENCE AND TECHNOLOGY CL I (ISTIX) | A | Dividend | J | T | | | | | |
| 32. EVENTIDE HEALTHCARE & LIFE SCIENCES CL I (ETIHX) | A | Dividend | J | T | | | | | |
| 33. OPPENHEIMER INTL SMALL-MID COMPANY CL Y (OSMYX) | A | Dividend | J | T | | | | | |
| 34. TOUCHSTONE SANDS CAP SELECT GROWTH CL Y (CFSIX) | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMMS, GINA L. | 02/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SENSATA TECHNOLOGIES HOLDING BV ALMELO (ST) | | None | J | T | | | | | |
| 36. ACTIVISION BLIZZARD INC (ATVI) | A | Dividend | | | | | | | |
| 37. AT&T INC (T) | A | Dividend | J | T | | | | | |
| 38. APP;LE INC (AAPL) | A | Dividend | J | T | | | | | |
| 39. CA INC (CA) | A | Dividend | | | | | | | |
| 40. CELGENE CORP (CELG) | | None | J | T | | | | | |
| 41. CERNER CORP (CERN) | | None | | | | | | | |
| 42. CIRRUS LOGIC INC (CRUS) | | None | J | T | | | | | |
| 43. GENERAL ELECTRIC CO (GE) | A | Dividend | J | T | | | | | |
| 44. JOHNSON & JOHNSON (JNJ) | A | Dividend | | | | | | | |
| 45. KRAFT HEINZ CO (KHC) | A | Dividend | J | T | | | | | |
| 46. SYNAPTICS INC (SYNA) | | None | | | | | | | |
| 47. RIVERSOURCE LIFE INSURANCE CO RAVA 5 ADVANTAGE VARIABLE ANNUITY (H) | | | | | | | | | |
| 48. COLUMBIA VP-MNGD VOL GROWTH FD CL 2 | A | Dividend | L | T | | | | | |
| 49. IRA #1 (H) | | | | | | | | | |
| 50. ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMMS, GINA L. | 02/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. AMAZON COM INC (AMZN) | | None | J | T | | | | | |
| 52. PRUDENTIAL FINANCIAL INC (PRU) | A | Dividend | J | T | | | | | |
| 53. REGENERON PHARMACEUTICALS INC (REGN) | | None | J | T | | | | | |
| 54. IRA #2 (H) | | | | | | | | | |
| 55. AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME CL A (CWGIX) | A | Dividend | J | T | | | | | |
| 56. AMERICAN FUNDS FUNDAMENTAL INVESTORSNCL A (ANCFX) | A | Dividend | J | T | | | | | |
| 57. AMERICAN FUNDG GROWTH FUND OF AMERICA CL A (AGTHX) | B | Dividend | K | T | | | | | |
| 58. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL A (AIVSX) | A | Dividend | J | T | | | | | |
| 59. AMERICAN FUNDS NEW ECONOMY CL A (ANEFX) | B | Dividend | J | T | | | | | |
| 60. AMERICAN FUNDS NEW PERSPECTIVE CL A (ANWPX) | A | Dividend | J | T | | | | | |
| 61. AMERICAN FUNDS SMALLCAP WORLD CL A (SMCWX) | A | Dividend | K | T | | | | | |
| 62. RIVERSOURCE LIFE INSURANCE COMPANY VARIABLE UNIVERSAL LIFE IVINS (H) | | | | | | | | | |
| 63. VP MOD AGGRESSIVE C14 | | None | | | | | | | |
| 64. IRA #3 (H) | | | | | | | | | |
| 65. FIRST EAGLE GLOBAL 1 | B | Dividend | K | T | | | | | |
| 66. VANGUARD FEDERAL MONEY MARKET INV FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMMS, GINA L. | 02/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. TEMPLETON GLOBAL BOND ADV | A | Dividend | J | T | | | | | |
| 68. COHEN & STEERS INSTITUTIONAL REALTY SHARES | A | Dividend | J | T | | | | | |
| 69. VANGUARD SMALL CAP INDEX INST | A | Dividend | K | T | | | | | |
| 70. T ROWE PRICE GROWTH FUND | E | Dividend | L | T | | | | | |
| 71. VANGUARD MID CAP INDEX INST | A | Dividend | K | T | | | | | |
| 72. OPPENHEIMER DEVELOPING MARKETS I | A | Dividend | J | T | | | | | |
| 73. MFS GLOBAL EQUITY FUND R4 | A | Dividend | K | T | | | | | |
| 74. 401(k) #1 (H) | | | | | | | | | |
| 75. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CLASS R6 | | None | K | T | | | | | |
| 76. VANGUARD BENEFIT INDEX FUND | | None | M | T | | | | | |
| 77. HOTCHKINS & WILEY SMALL CAP VALUE FUND DLASS I | | None | K | T | | | | | |
| 78. DODGE & COX INTERNATIONAL STOCK FUND' | | None | K | T | | | | | |
| 79. VANGUARD EXPLORER FUND ADMIRAL | | None | K | T | | | | | |
| 80. VANGUARD TOTAL BOND MARKET INDES FUND INST PLUS | | None | K | T | | | | | |
| 81. GOLDMAN SACHS HIGH YIELD INSTL CLASS | | None | K | T | | | | | |
| 82. BLACKROCK LIQUIDITY FUNDS FED FUND CLASS INSTITUTIONAL | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMMS, GINA L. | 02/23/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, lines 1 and 2: These entries represent the official titles given to my positions with the firms.

Part II, line 1: Matching (3%) and safe harbor (3%) benefits available as of October 2018.

Part II, line 2: Rolled into the Baker Donelson plan in 2017.

Part III: None in 2018.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 40 of the filing instructions.

# FINANCIAL DISCLOSURE REPORT

Page 10 of 10

Name of Person Reporting

SIMMS, GINA L.

Date of Report

02/23/2018

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GINA L. SIMMS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544